Tanya Levinson Moore, SBN 206683
MOORE LAW FIRM, P.C.
323 N. Second Street
San Jose, CA 95112
Telephone: (408) 271-6600
Facsimile: (408) 298-6046
Attorney for Plaintiff, NATIVIDAD GUTIERREZ

Thornton Davidson #166487
THORNTON DAVIDSON & ASSOCIATES
Attorneys at Law
2055 San Joaquin Street
Fresno, California 93721
Telephone: (559) 256-9800
Facsimile: (559) 256-9791

Attorney for Defendants, HARDEEP SINGH, dba FRESNO CENTRAL MARKET aka FRESNO SUPER MARKET, and PARMJIT K. GREWAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION
* * * * *

| | |
|---|---|
| NATIVIDAD GUTIERREZ | CASE No.: 1:10-CV-01328-OWW-SKO |
| Plaintiffs, | **STIPULATION AND ORDER FOR CONTINUANCE OF SCHEDULING CONFERENCE** |
| vs. | |
| HARDEEP SINGH, dba FRESNO CENTRAL MARKET aka FRESNO SUPER MARKET, and PARMJIT K. GREWAL | Date: December 16, 2010<br>Time: 9:30 a.m.<br>Location: Crtrm 8<br>Judge: Oberto |
| Defendants. | |

Plaintiff NATIVIDAD GUTIERREZ, through his counsel of record Tanya Moore, and defendants HARDEEP SINGH, dba FRESNO CENTRAL MARKET aka FRESNO SUPER MARKET, and PARMJIT K. GREWAL, through their counsel of record Thornton Davidson, hereby stipulate to the following:

1

1. On November 17, 2010, the parties filed a joint scheduling report. On December 2, 2010, the Court vacated the Scheduling Conference set before Judge Oliver Wanger, and reset it before Judge Sheila K. Oberto for December 16, 2010.

2. The parties are currently undergoing settlement negotiations and would like to exhaust these efforts before appearing before the court to schedule any dates.

3. The parties therefore respectfully request a continuance of the scheduling conference in this matter based on good cause. The parties do not want to incur unnecessary fees to appear at court until they have exhausted the ongoing settlement discussions. The parties anticipate that the discussions will be completed within 60 days.

Accordingly, based on the facts stated above the parties stipulate that the Scheduling Conference in this matter be continued February 10, 2011 in order to complete the ongoing settlement negotiations.

**IT IS SO STIPULATED.**

Dated on December 10, 2010 in Fresno, California.

MOORE LAW FIRM, P.C.

/s/ Tanya Levinson Moore
By: TANYA LEVINSON MOORE
Attorney for Plaintiff,
NATIVIDAD GUTIERREZ

Dated on December 10, 2010 in Fresno, California.

THORNTON DAVIDSON & ASSOCIATES

/S/ Thornton Davidson
By: THORNTON DAVIDSON
Attorneys for Defendants,
HARDEEP SINGH,
dba FRESNO CENTRAL MARKET
aka FRESNO SUPER MARKET, and
PARMJIT K. GREWAL

**ORDER**

Good cause having been shown, the Scheduling Conference currently set for December 16, 2010, in courtroom 8 at 9:30 a.m., is vacated and continued to February 10, 2011, in courtroom 8, at 9:45 a.m., before Judge Sheila K. Oberto.

IT IS SO ORDERED.

Dated: **December 10, 2010**                **/s/ Sheila K. Oberto**
                                                                        UNITED STATES MAGISTRATE JUDGE