Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046

Attorneys for Plaintiff
Natividad Gutierrez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ,<br><br>        Plaintiff,<br><br>    vs.<br><br>HARDEEP SINGH, et al.,<br><br>        Defendants. | No. 1:10-CV-01328-SKO<br><br>**JOINT REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIONAL PAPERS; ORDER** |

WHERAS, Plaintiff Natividad Gutierrez ("Plaintiff") filed a Notice of Settlement in this matter on March 29, 2011;

WHEREAS, dispositional papers are due to be filed on or before April 18, 2011;

WHEREAS, settlement funds in this matter are not due until May 31, 2011;

WHERAS, Plaintiff and Defendants Hardeep Singh and Parmjit K. Grewal ("Defendants") request that the Court retain jurisdiction in this matter until the settlement funds are received;

Plaintiff and Defendants hereby respectfully request that the Court extend the deadline for the filing of dispositional papers until June 10, 2011.

///

///

*Gutierrez v. Singh, et al.*
Joint Request for Extension of Time to File Dispositional Papers; Order

Page 1

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated: April 14, 2011 | MOORE LAW FIRM, P.C. |
|   | By: /s/ Tanya E. Moore<br>    Tanya E. Moore<br>    Attorneys for Plaintiff,<br>    Natividad Gutierrez |
| Dated: April 14, 2011 | THORNTON DAVIDSON & ASSOCIATES |
|   | By: /s/ Thornton Davidson<br>    Thornton Davidson, Attorneys for<br>    Defendants Hardeep Singh dba<br>    Fresno Central Market aka Fresno<br>    Super Market, and Parmjit K.<br>    Grewal |

## **ORDER**

The Court having considered the request of the parties for an extension of time within which to file dispositional papers and good cause appearing therefor,

IT IS HEREBY ORDERED that dispositional papers be filed on or before June 10, 2011.

IT IS SO ORDERED.

Dated:   **April 14, 2011**           **/s/ Sheila K. Oberto**
                    UNITED STATES MAGISTRATE JUDGE

*Gutierrez v. Singh, et al.*
Joint Request for Extension of Time to File Dispositional Papers; Order