Thornton Davidson #166487
THORNTON DAVIDSON & ASSOCIATES
Attorneys at Law
2055 San Joaquin Street
Fresno, California 93721
Telephone: (559) 256-9800
Facsimile: (559) 256-9791

Attorney for Defendants, HARDEEP SINGH, dba FRESNO CENTRAL MARKET aka FRESNO SUPER MARKET, and PARMJIT K. GREWAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION
* * * * *

| | |
|---|---|
| NATIVIDAD GUTIERREZ | CASE No.: 1:10-CV-01328-OWW-SKO |
| Plaintiffs, | **EX PARTE APPLICATION AND ORDER FOR EXTENSION OF TIME TO COMPLETE SETTLEMENT** |
| vs. | |
| HARDEEP SINGH, dba FRESNO CENTRAL MARKET aka FRESNO SUPER MARKET, and PARMJIT K. GREWAL | |
| Defendants. | |
| _____/ | |

    Defendants hereby make application to this court for an extension of time to complete the settlement in this matter. Defendants request an additional five court days in which to complete the settlement and obtain a full and complete dismissal from plaintiffs.

    Application is made in the interest of justice. Five court days are needed to complete Defendants' financing of the settlement amount. Additionally, although Plaintiff does not join in said application, his counsel does not oppose it.

//

1
_____

Dated on June 10, 2011 in Fresno, California.

THORNTON DAVIDSON & ASSOCIATES

/S/ Thornton Davidson
By: THORNTON DAVIDSON
Attorneys for Defendants,
HARDEEP SINGH,
dba FRESNO CENTRAL MARKET
aka FRESNO SUPER MARKET, and
PARMJIT K. GREWAL

**ORDER**

An extension of time to complete the terms of the settlement in this matter is hereby granted to Defendants. Defendants have until June 17, 2011 in which to complete the settlement of this matter. At that time, Plaintiff shall file a Request for Dismissal.

IT IS SO ORDERED.

Dated:   **June 10, 2011**          **/s/ Oliver W. Wanger**
                                    UNITED STATES DISTRICT JUDGE