Tanya E. Moore, SBN 206683
K. Randolph Moore, SBN 106933
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046

Attorneys for Plaintiff
Natividad Gutierrez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ,<br><br>   Plaintiff,<br><br>   vs.<br><br>HARDEEP SINGH dba FRESNO CENTRAL MARKET aka FRESNO SUPER MARKET; PARMJIT K. GREWAL,<br><br>   Defendants. | No. 1:10-CV-01328-SKO<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

   IT IS HEREBY STIPULATED by and between Plaintiff Natividad Gutierrez and Defendants Hardeep Singh dba Fresno Central Market aka Fresno Super Market, and Parmjit K. Grewal, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.

Date: September 26, 2011                                           MOORE LAW FIRM, P.C.


                                                                                    /s/Tanya E. Moore
                                                                                    Tanya E. Moore
                                                                                    Attorney for Plaintiff

///

*Gutierrez vs. Hardeep Singh, et al.*
Stipulation for Dismissal

1  Date: September 26, 2011                                THORNTON DAVIDSON &
                                                          ASSOCIATES
2

3

4                                                          /s/ Thornton Davidson
                                                          Thornton Davidson, Attorneys
5                                                         for Defendants Hardeep Singh, dba
                                                          Fresno Central Market aka Fresno
6                                                         Super Market, and Parmjit Grewal

7
                                          **ORDER**
8

9
         The parties having so stipulated,
10
         IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.
11

12

13

14
   IT IS SO ORDERED.
15

16      Dated:   **September 26, 2011**                    **/s/ Sheila K. Oberto**
                                                          UNITED STATES MAGISTRATE JUDGE
17

*Gutierrez vs. Hardeep Singh, et al.*
Stipulation for Dismissal